```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                  -v-                     :     21cr583 (DLC)
                                          :
JACOB TURNER,                             :        ORDER
                                          :
                  Defendant.              :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the change of plea scheduled for October 26 is rescheduled to **October 28, 2021** at **3:00 PM** in Courtroom 18B, 500 Pearl Street. Please refer to the Order issued on September 29 for all other information.

Dated:    New York, New York
           October 22, 2021

                                                _____
                                                    DENISE COTE
                                        United States District Judge