# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

January 19, 2022

Via ECF
Hon. Denise L. Cote, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *USA v. Jacob Turner*
        21-Cr-583 (DLC)

Dear Judge Cote:

    I am writing to request that Mr. Turner's sentencing, presently scheduled for February 11, 2022, be adjourned to March 11, 2022. The government takes no position on this request.

    The reason for the requested adjournment is that efforts to complete the defendant's sentencing memorandum have been delayed and hampered by the fact that my associate helping me on this case contracted Covid and was unable to work for a period of time. Additionally, while I may not be able to do so, I am endeavoring to have the psychosexual evaluation conducted in this case updated for sentencing. Lastly, I will be away from February 25 through March 8, 2022.

    This is the first and anticipated final request to adjourn this sentencing.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA Micah Fergenson (via ECF and email)